**RECEIVED**

OCT 24 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clear Form

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
_____DIVISION

**RECEIVED**

OCT 24 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

GWENDOLYN ONEVA COOK )
)
)
)
Plaintiff(s), )
)
v. St. Louis Public )   Case No. 4:25cv1594
Board Of Education )   (to be assigned by Clerk of District Court)
)
)
)   **JURY TRIAL DEMANDED**
)
)   YES ☐   NO ☐
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☑    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

#1

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2.    Plaintiff's name:  GWENDOLYN ONEVA COOK

Plaintiff's address: PO Box 825
Street address or P.O. Box

Edwardsville, IL 62025
City/ County/ State/Zip Code

(678) 439-6066
Area code and telephone number

3.    Defendant's name:  St. Louis Public Board of Education

Defendant's address:  801 N. 11th Street
Street address or P.O. Box

Saint Louis, Missouri 63101
City/County/State/ Zip Code

(314) 231-3720
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)            (City/County)            (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

Earliest: 08/01/2023 - Latest: 05/08/2024
_____

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

_____Yes      Date filed: _____

✓ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

✓ Yes      Date filed: 06/2024 _____

_____No

8.    Have you received a Notice of Right-to-Sue Letter?

✓ Yes                         _____ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

✓ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

✓ terms and conditions of my employment differ from those of similar employees

✓ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

✓ Yes                          _____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓    race

____    religion

____    national origin

✓    color

____    gender

____    disability

✓    age (birth year is:    ___1970___)

____    other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                          ____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

- In March 2023, I was rehired by the St. Louis Board of Education as a Day-to-Day Substitute.

- On August 7, 2023, I began an assignment at Long International Middle School under Principal Dr. Benicia Nanez-Hunt. Within my teaching cluster, I was the only Black American and the only individual over age 50.

- I was treated less favorably than my younger white colleagues — assigned to an unsafe and unsanitary classroom without air conditioning, excluded from required meetings and activities, denied access to essential supplies, and repeatedly given undesirable duties.

(Continue to page 6, if additional space is needed.)

5

- A staff member later informed me that Principal Nanez-Hunt had expected "someone other than a Black American" for the position.

- After I became Union Steward through AFT Local 420 and raised workplace safety and compliance concerns, I was subjected to retaliation, including threats of discipline, denial of pay, and removal from my union role. Despite qualifying for an Interim Learning Associate position, my promotion was delayed without justification.

- In December 2023, I was injured while intervening in a student altercation and was met with resistance when filing a Workers' Compensation report. Soon after, I was suspended without pay and reassigned. I later began work at Carr Lane Visual & Performing Arts under Principal Darwin Young, where similar bias continued.

- On May 7, 2024, despite being under contract, I was wrongfully terminated after engaging in protected activity and reporting safety concerns.

- I believe I was discriminated against because of my race (Black/African American) and age (55), and retaliated against for protected activities including filing a Workers' Compensation claim and serving as a Union Representative.

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

✓ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

## **REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

1. Declare that the actions of the St. Louis Board of Education, and its agents, constituted unlawful discrimination on the basis of race, color, and age, and unlawful retaliation in violation of the above statutes.
2. Order reinstatement to my former or a comparable position, with full seniority, salary, and benefits that I would have received but for the unlawful actions.
3. Award back pay and front pay, lost benefits, and compensation for any other economic losses.
4. Award compensatory damages for emotional distress, humiliation, and mental anguish caused by the discriminatory and retaliatory conduct.
5. Award costs of this action, including reasonable attorney's fees.
6. Grant any further relief deemed just and proper to ensure full compliance with federal and state anti-discrimination laws.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of October, 20 25.

Signature of Plaintiff _____

8